

**DLA Piper LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, Delaware  19801-1147
www.dlapiper.com

Denise S. Kraft
denise.kraft@dlapiper.com
T   302.468.5645
F   302.778.7917

December 17, 2015
*VIA CM/ECF AND HAND DELIVERY*

The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28
Room 2325
Wilmington, DE 19801-3555

Re:   *Toshiba Samsung Storage Technology Korea Corporation v. LG Electronics, Inc., et al*,
    C.A. No. 15-cv-00691-LPS-CJB

Dear Judge Burke:

Pursuant to the Court's Scheduling Order of December 7, 2015 (D.I. 33), please find enclosed herewith the parties' proposed Protective Order.  Please note that the parties have been unable to reach agreement on all of the provisions of the Protective Order and thus show the differences in their respective proposals in bold in the attached draft.

We respectfully request a teleconference with the Court to finalize this matter.

Respectfully submitted,

**DLA Piper LLP (US)**


 */s/ Denise S. Kraft*


Denise S. Kraft
Partner

DSK

WEST\266849045.1